### 47077. CARLSON v. JOHNSON et al.

HALL, Presiding Judge. In a suit on a note, defendant (and third-party plaintiff) appeals from the judgment for plaintiff in the main action.

The evidence supported the court's finding that the defendant-wife executed the note as a principal. *Herron v. Interstate Life &c. Co.*, 55 Ga. App. 534 (190 SE 631). Therefore, all other enumerations of error are without merit.

*Judgment affirmed. Pannell and Quillian, JJ., concur.*
ARGUED APRIL 7, 1972—DECIDED APRIL 21, 1972.

*William J. Brennan, Jr.,* for appellant.
*Hendon & Henley, M. W. Hendon,* for appellees.